UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KEITH R. CRUMLEY, by Next Friend | ) | |
| Shirley Crumley | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 1:19-cv-04110-TWP-DML |
| | ) | |
| Kerry J. FORESTALL, in his official capacity | ) | |
| as the Sheriff of Marion County; | ) | |
| MARION COUNTY SHERIFF'S OFFICE; | ) | |
| Officer Khyree JONES, in his individual capacity; | ) | |
| Teresa PIERCE, in her individual capacity; | ) | |
| Tyler BOUMA, in his individual capacity; | ) | |
| JoAnna SAHM, in her individual capacity; | ) | |
| Robert D. FREDERICK, in his individual capacity; | ) | |
| Diedra D. BAKER, in her individual capacity; | ) | |
| Tanesha S. CREAR, in her individual capacity; | ) | |
| William WEAVER, in his individual capacity; | ) | |
| Officer Foxworthy (ID 41380), in his individual | ) | |
| Capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON JOINT MOTION TO STAY DISPOSITIVE MOTION DEADLINE AND TO
SET AMENDED BRIEFING SCHEDULE CONTINGENT UPON COURT RULING**

All parties, jointly and by their respective counsel, having filed their Motion to Stay the

Dispositive Motion Deadline and to Set Amended Briefing Schedule Contingent upon this

Court's Ruling on Medical Defendants' pending Motion for Partial Judgment on the Pleadings;

And the Court, being duly advised in the premises, finds that said Motion is well-taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Parties' Motion

is GRANTED and the dispositive motion deadline in this case is STAYED up to and including

twenty-eight (28) days after this Court rules upon Medical Defendants' Motion for Partial

Judgment on the Pleadings .   Furthermore, the Court enters an amended briefing scheduling as outlined below:

- Plaintiff to file her Motion for Summary Judgment 28 days after a ruling upon Medical Defendants' Motion for Partial Judgment on the Pleadings.

- Defendants (County Defendants and Medical Defendants) to file their separate Cross-Motions, Briefs in Support and Responses in Opposition 28 days thereafter.

- Plaintiff to file her Reply in Support of her Motion for Summary Judgment and Responses in Opposition 14 days thereafter.

- Defendants (County Defendants and Medical Defendants) to file their Replies in Support of their Cross Motions for Summary Judgment 14 days thereafter.

SO ORDERED.

Date: 11/12/2020

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**DISTRIBUTION TO:**

All electronically ECF Registered Parties