IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEITH CRUMLEY, by Next Friend<br>SHIRLEY CRUMLEY,<br><br>      **Plaintiff,**<br><br>  v.<br><br>KERRY J. FORESTAL, in his official capacity<br>as the Sheriff of Marion County, et al.<br><br>      **Defendants.** | )<br>)<br>)<br>)<br>)<br>) Case No. 1:19-cv-04110-TWP-DML<br>)<br>)<br>)<br>)<br>) |

## ENTRY

    This matter is before the Court by motion of the Plaintiff seeking leave to file an amended Memorandum of Law in Support of Plaintiff's Partial Motion for Summary Judgment. Plaintiff, through counsel, sought leave to replace the filing at docket entry no. 96 in order to correct formatting issues in the filing's table of contents and table of authorities. The Court, having considered said motion, and all responses and replies herein, and being duly advised in the premises, now **GRANTS** the motion and **FINDS** that the Memorandum of Law in Support of Plaintiff's Partial Motion for Summary Judgement, attached as Exhibit A to Plaintiff's Motion for Leave hereby replaces the brief filed at docket entry no. 96.

**SO ORDERED.**

Date: 2/12/2021

                                              Hon. Tanya Walton Pratt, Judge
                                              United States District Court
                                              Southern District of Indiana

Distribution to all counsel of record.