UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEITH R. CRUMLEY, by Next Friend Shirley Crumley, | ) NO. 1:19-cv-4110 TWP-DML |
| Plaintiff, | ) |
| v. | ) |
| KERRY J. FORESTAL, in his official capacity as the Sheriff of Marion County; MARION COUNTY SHERIFF'S OFFICE; BRYAN K. ROACH, in his official capacity as Chief of Police of the IMPD; INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT; OFFICER KHYREE JONES, in his individual capacity; TERESA PIERCE, in her individual capacity; CORRECT CARE SOLUTIONS (A/K/A Wellpath LLC); TYLER BOUMA, in his individual capacity; JOANNA SAHM, in her individual capacity; ROBERT D. FREDERICK, in his individual capacity; DIEDRA D. BAKER, in her individual capacity; WILLIAM WEAVER, in his individual capacity; OFFICER FOXWORTHY (ID 41380), In his individual capacity, | ) |
| Defendants. | ) |

**NOTICE OF SETTLEMENT**

The Marion County Sheriff's Office Defendants, by counsel, notify the court that the parties have reached a negotiated settlement in this matter. The parties request that the upcoming final Pre-Trial Conference and Trial dates be vacated.

FROST BROWN TODD LLC

By: */s/Anthony W. Overholt*
Anthony W. Overholt, #16481-49

Attorneys for the Marion County Sheriff's Office Defendants

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing was electronically filed on the 2nd day of August.  Service of this filing will be made on all ECF registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Sam Adams | Carol A. Dillon |
| Justin Schrock | Christopher A. Ferrington |
| Thomas E. Crishon | Bleeke Dillon Crandall, P.C. |
| Emily Munson | carol@bleekedilloncrandall.com |
| Indiana Disability Rights | drew@bleekedilloncrandall.com |
| jschrock@indianadisabilityrights.org | |
| tcrishon@indianadisabilityrights.org | |
| emunson1@indianadisabilityrights.org | |

                */s/ Anthony W. Overholt*

FROM BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
Email:  aoverholt@fbtlaw.com

LR10348.0975408   4888-9220-8173v1