UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEITH R. CRUMLEY, by Next Friend Shirley Crumley, | ) NO. 1:19-cv-4110 TWP-DML |
| Plaintiff, | ) |
| v. | ) |
| KERRY J. FORESTAL, in his official capacity as the Sheriff of Marion County; MARION COUNTY SHERIFF'S OFFICE; BRYAN K. ROACH, in his official capacity as Chief of Police of the IMPD; INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT; OFFICER KHYREE JONES, in his individual capacity; TERESA PIERCE, in her individual capacity; CORRECT CARE SOLUTIONS (A/K/A Wellpath LLC); TYLER BOUMA, in his individual capacity; JOANNA SAHM, in her individual capacity; ROBERT D. FREDERICK, in his individual capacity; DIEDRA D. BAKER, in her individual capacity; WILLIAM WEAVER, in his individual capacity; OFFICER FOXWORTHY (ID 41380), In his individual capacity, | ) |
| Defendants. | ) |

**ACKNOWLEDGMENT OF STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER TO CLERK TO CLOSE CASE**

The Court acknowledges the stipulation filed by all parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by their respective counsel, as to the dismissal of this action, with prejudice, each party to bear its own costs. Pursuant to that Rule, this case is **DISMISSED** with prejudice.

The Clerk is directed to close this case.

Date: 9/16/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution: All CM/ECF-Registered Counsel of Record.

LR10348.0975408   4891-1628-8301v1